UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2016
```

JOZEF FILIP,                                  :
                                             :
                          Plaintiff,         :          15-CV-8986 (JMF)
                                             :
              -v-                            :          ORDER TO SHOW CAUSE
                                             :
WELLS FARGO BANK, NATIONAL ASSOCIATION,      :
et al.,                                      :
                                             :
                          Defendants.        :
                                             :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By order entered November 18, 2015, the Court scheduled an initial pretrial conference

in this case for February 2, 2016, and directed the parties to submit a joint letter and proposed

case management plan by the Thursday prior to the conference (i.e., January 28, 2016).  (Docket

No. 4).  On January 27, 2016, the Court rescheduled the initial pretrial conference to February 3,

2016, at 3:30 pm and "reminded" the parties "that they must file" the joint letter and proposed

case management plan in accordance with the November 18th Order.  (Docket No. 5).

To date, Defendants have not appeared in this matter; indeed, there is no indication on the

docket that they have even been served with the Complaint.  Notwithstanding that, Plaintiff did

not request an adjournment of the conference, submit the pre-conference materials required by

the Court's Orders, or appear at the conference.  Making matters worse, Plaintiff failed to do all

of those things despite repeated efforts by the Court's staff to remind Plaintiff's counsel of those

obligations by telephone.

In light of the foregoing, it is therefore hereby ORDERED that, no later than **February

17, 2016**, Plaintiff's counsel shall show cause in writing why he should not be sanctioned for his

2

failure to abide by the Court's Orders, his failure to appear at today's conference, and for failure to prosecute this case.  Failure to show such good cause (or otherwise indicate an intention to proceed with the lawsuit) may result in, among other things, dismissal of the case on the grounds of abandonment and failure to prosecute.  *See* Fed. R. Civ. P. 41.

       SO ORDERED.

Dated: February 3, 2016
      New York, New York

                                    JESSE M. FURMAN
                               United States District Judge